# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>MARIA FRITZ,<br><br>          Plaintiff,<br><br>v.<br><br>C. R. BARD and BARD PERIPHERAL VASCULAR, INC.,<br><br>          Defendants. | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Maria Fritz_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not Applicable_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Not Applicable

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Wisconsin

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Wisconsin

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Wisconsin

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Western District of Wisconsin

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____Second Amended Case Management Order No. 4_____

-2-

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☑ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

04/08/2004_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I:   Strict Products Liability – Manufacturing Defect
- ☑ Count II:  Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV:  Negligence - Design
- ☑ Count V:   Negligence - Manufacture
- ☑ Count VI:  Negligence – Failure to Recall/Retrofit

☑   Count VII:   Negligence – Failure to Warn

☑   Count VIII:  Negligent Misrepresentation

☑   Count IX:    Negligence *Per Se*

☑   Count X:     Breach of Express Warranty

☑   Count XI:    Breach of Implied Warranty

☑   Count XII:   Fraudulent Misrepresentation

☑   Count XIII:  Fraudulent Concealment

☑   Count XIV:   Violations of Applicable Wisconsin Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count XV:    Loss of Consortium

☐   Count XVI:   Wrongful Death

☐   Count XVII:  Survival

☑   Punitive Damages

☐   Other(s):   _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.  Jury Trial demanded for all issues so triable?

☑   Yes

-4-

☐   No

RESPECTFULLY SUBMITTED this 21st day of February, 2018.

Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
tcartmell@wcllp.com

By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

***Attorneys for Plaintiff***

I hereby certify that on this 21st day of February, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David C. DeGreeff*