# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Maria Fritz,<br>                    Plaintiff,<br>v. | No.  CV18-0576-PHX DGC<br><br>**ORDER** |
| C.R. Bard, et al.,<br>                    Defendants. | |

The Court has considered the Stipulation of Dismissal without Prejudice of Maria Fritz, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21066.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of Maria Fritz (Doc. 21066) is **granted.**  The claims of Maria Fritz are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 5th day of December, 2019.

David G. Campbell
Senior United States District Judge